**E-FILED**
Wednesday, 24 September, 2014 01:23:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| LINCOLN A. LEE, #R-70958,<br><br>Plaintiff,<br><br>vs.<br><br>COUNSELOR JAY SHEPLER, C/O ALAN L. COMBITES, and I/A TY EASLEY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 11-4064 |

*Note: Each of the following paragraphs must be completed.*

On plaintiff Lincoln Lee's claim against defendant Jay Shepler, we find in favor of:

Plaintiff Lincoln Lee
Plaintiff Lincoln Lee or Defendant Jay Shepler

On plaintiff Lincoln Lee's claim against defendant Alan Combites, we find in favor of:

Plaintiff Lincoln Lee
Plaintiff Lincoln Lee or Defendant Alan Combites

On plaintiff Lincoln Lee's claim against defendant Ty Easley, we find in favor of:

Plaintiff Lincoln Lee
Plaintiff Lincoln Lee or Defendant Ty Easley

*Note: Complete the following paragraphs only if the above finding is in favor of plaintiff.*

On Plaintiff's claim against Defendants, we find plaintiff Lincoln Lee's damages to be

$ 75,000.

*(stating the amount, or if you find that plaintiff's damages have no monetary value, set forth the nominal amount of $1.00).*

*Note: You may not award punitive damages against the defendant unless you have first found against the defendant and you have awarded plaintiff compensatory damages. State the amount, or, if none, write the word "none."*

On Plaintiff's claim against defendant Jay Shepler, we assess punitive damages , if any, in the amount of $10,000.

On Plaintiff's claim against defendant Alan Combites, we assess punitive, if any, damages in the amount of $10,000.

On Plaintiff's claim against defendant Ty Easley, we assess punitive damages, if any, in the amount of $30,000.

s/Foreperson

Foreperson

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror